IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT TREVINO | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-163 |
| | § | |
| GOODLEAP, LLC and PLANET HOME | § | |
| LENDING, LLC | § | |
| *Defendant.* | § | |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Robert Trevino, makes these initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and state:

**1.     Persons with discoverable information.**

The following are likely to have discoverable information concerning the subject matter

of this proceeding:

Robert Trevino
c/o David Medearis
1560 W. Bay Area, Suite 200
Friendswood, Texas 77546
Tel. 281-954-6270 | Fax. 281-849-4691

These parties are likely to have information concerning the origination and servicing of the subject loan.

GoodLeap, LLC
c/o CT Corporation System
1999 Bryan St, Ste 900
Dallas, Texas 75201

Planet Home Lending, LLC
c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E 7th St, Ste 620
Austin, TX 78701

**2.      Relevant Documents. Defendants may use the following categories of documents in their possession, custody, or control to support their claims or defenses, unless solely for impeachment:**

Unprivileged communications by and/or between the parties regarding this matter

• Payment records

• Loan and closing documents

• Pleadings, attached exhibits to Pleadings, and orders from prior foreclosure actions

**3.      Computation of Damages**

Plaintiff seeks attorney fees and will supplement for additional damages sought.

**3.      Insurance Agreement**

No insurance agreements which are relevant to this case are known.

**3.      Expert Witness**

Plaintiff may call his attorney as an expert with respect to attorney fees relevant to this case.

**4.      Written Report**

No written report exists at this time.

**5.      Witnesses**

Further discovery is necessary, but at this time, Plaintiff intends to testify and will likely call one or more representatives of the Defendant.

**6.      Supplement**

Plaintiff will supplement this disclosure at required time.

**MEDEARIS LAW FIRM, PLLC**

*/s/ David Medearis*

David Medearis, SBN 24041465
Fed ID 557586
1560 W. Bay Area Blvd. Suite 200
Friendswood, Texas 77546
Tel. 281-954-6270 | Fax 281-849-4691
dmedearis@medearislaw.com
**COUNSEL FOR PLAINTIFF,
ROBERT TREVINO**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was electronically served on all counsel of record on December 12, 2024.

*/s/ David Medearis*
David Medearis